**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA** FILED

09 JUN 16 PM 4:34

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR1646-WQH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ADRIAN CORTEZ-ESTRADO(1), | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 09CR2128-WQH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/12/09

_____
BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE


ENTERED ON _____